IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| POPSOCKETS LLC,<br><br>Plaintiff,<br><br>v.<br><br>6109656, et al.,<br><br>Defendants. | Case No. 19-cv-00912<br><br>**Judge Virginia M. Kendall**<br><br>**Magistrate Judge Sidney I. Schenkier** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff PopSockets LLC ("PopSockets" or "Plaintiff") hereby dismisses this action with prejudice as to the following Defendants:

| **Defendant Name** | **Line No.** |
|---|---|
| blessing_xing | 16 |
| buyindiscount_cz | 18 |
| cafase88 | 20 |
| casualbftc | 21 |
| cxjing_shop | 24 |
| future4ef | 36 |
| lalangjewelry | 54 |
| perfectya85 | 62 |
| quality1st_shop | 64 |
| seven-lovers1994 | 70 |
| wise1buy | 92 |
| yanglei3587 | 97 |
| zongchuang001 | 102 |
| xidi_xindian | 204 |

Dated this 12th day of April 2019.       Respectfully submitted,


                                          /s/ Justin R. Gaudio_____
                                          Amy C. Ziegler
                                          Justin R. Gaudio
                                          Allyson Martin
                                          Greer, Burns & Crain, Ltd.
                                          300 South Wacker Drive, Suite 2500
                                          Chicago, Illinois 60606
                                          312.360.0080 / 312.360.9315 (facsimile)
                                          aziegler@gbc.law
                                          jgaudio@gbc.law
                                          amartin@gbc.law

                                          *Attorneys for Plaintiff PopSockets LLC*