IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| POPSOCKETS LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>6109656, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-00912<br><br>**Judge Virginia M. Kendall**<br><br>**Magistrate Judge Sidney I. Schenkier** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on April 18, 2019 [53], in favor of Plaintiff PopSockets LLC ("PopSockets" or "Plaintiff"), and against the Defendants Identified in Schedule A in the amount of one hundred fifty thousand dollars ($150,000) per Defaulting Defendant, and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| allstar-seller | 8 |
| greatlength | 40 |
| zhaoyang5682 | 99 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 3rd day of May 2019.

Respectfully submitted,

*[signature]*

Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Counsel for Plaintiff PopSockets LLC*

Subscribed and sworn to me by Allyson M. Martin, on this 3rd day of May 2019.

Given under by hand and notarial seal.

*[signature]*
Notary Public

CAITLIN SCHLIE
Official Seal
Notary Public – State of Illinois
My Commission Expires Nov 20, 2021

State of Illinois
County of Cook

2