IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| POPSOCKETS LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>6109656, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-00912<br><br>**Judge Virginia M. Kendall**<br><br>**Magistrate Judge Sidney I. Schenkier** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on April 18, 2019 [53], in favor of Plaintiff PopSockets LLC ("PopSockets" or "Plaintiff"), and against the Defendants Identified in Schedule A in the amount of one hundred fifty thousand dollars ($150,000) per Defaulting Defendant, and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| moral_shop | 163 |
| Shenzhen Kun He International Trade Co., Ltd. | 182 |
| Zhangtaoxing | 217 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 25th day of July 2019.　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Allyson M. Martin
　　　　　　　　　　　　　　　　　　Amy C. Ziegler
　　　　　　　　　　　　　　　　　　Justin R. Gaudio
　　　　　　　　　　　　　　　　　　Allyson M. Martin
　　　　　　　　　　　　　　　　　　Greer, Burns & Crain, Ltd.
　　　　　　　　　　　　　　　　　　300 South Wacker Drive, Suite 2500
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　312.360.0080 / 312.360.9315 (facsimile)
　　　　　　　　　　　　　　　　　　aziegler@gbc.law
　　　　　　　　　　　　　　　　　　jgaudio@gbc.law
　　　　　　　　　　　　　　　　　　amartin@gbc.law

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff PopSockets LLC*